UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


EDWIN KOHR,                          :
                    Petitioner       :
                                     :
          v.                         :    CASE NO. 1:16-CV-0688
                                     :
COMMONWEALTH OF                      :        (Judge Caldwell)
PENNSYLVANIA, *et al.*,              :
                    Respondents      :


*O R D E R*

AND NOW, this 21st day of November, 2017, it is ordered that:

1.  The petition (Doc. 1) under 28 U.S.C. § 2254 is denied.

2.  A certificate of appealability is denied.

3.  The Clerk of Court shall close this file.



                              /s/ William W. Caldwell
                              William W. Caldwell
                              United States District Judge